1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9  DANIEL ALI NOBLE-MUHAMMED,

10          Plaintiff,                    No. CIV S-06-2861 MCE EFB P

11     vs.

12  R. McCORD, et al.,

13          Defendants.                   ORDER

14  _____/

15          Plaintiff is a state prisoner proceeding pro se.  He is suing pursuant to 42 U.S.C. § 1983

16  and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  The case

17  was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

18          Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C.

19  § 1915(a).  Accordingly, the request to proceed *in forma pauperis* is granted.

20          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§

21  1914(a), 1915(b)(1).  An initial partial filing fee of $20.24  will be assessed by this order.  28

22  U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect

23  the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.

24  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding

25  month's income credited to plaintiff's prison trust account.  These payments will be forwarded

26  by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account

1

1 exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

2          The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983

3 and 28 U.S.C. § 1915A(b) for purposes of the initial screening.  If the allegations of the

4 complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this

5 action.

6          In accordance with the above, IT IS HEREBY ORDERED that:

7          1.  Plaintiff's request for leave to proceed *in forma pauperis* is granted.

8          2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

9 Plaintiff is assessed an initial partial filing fee of $20.24.  All fees shall be collected and paid in

10 accordance with this court's order to the Director of the California Department of Corrections

11 and Rehabilitation filed concurrently herewith.

12          3.  Service is appropriate for the following defendants: McCord, Stratton.

13          4.  The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,

14 an instruction sheet and a copy of the complaint filed December 19, 2006.

15          5.  Within thirty days from the date of this order, plaintiff shall complete the

16 attached Notice of Submission of Documents and submit the following documents to the court:

17                    a.  The completed Notice of Submission of Documents;

18                    b.  One completed summons;

19                    c.  One completed USM-285 form for each defendant listed in number 3

20                    above; and

21                    d.  Three copies of the endorsed complaint filed December 19, 2006.

22 ////

23 ////

24 ////

25 ////

26 ////

1       6.  Plaintiff need not attempt service on defendants and need not request waiver of

2  service.  Upon receipt of the above-described documents, the court will direct the United States

3  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

4  without payment of costs.

5  DATED:  January 17, 2007.

6

7                                EDMUND F. BRENNAN
                                 UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL ALI NOBLE-MUHAMMED,

11              Plaintiff,                        No. CIV S-06-2861 MCE EFB P

12        vs.

13   R. McCORD, et al.,                           NOTICE OF SUBMISSION

14              Defendants.                       OF DOCUMENTS

15   _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              _____        completed summons form

19              _____        completed USM-285 forms

20              _____        copies of the _____
21                                           Complaint/Amended Complaint

     DATED:
22

23

24                                               _____
                                                 Plaintiff
25

26