1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9    DANIEL ALI NOBLE-MUHAMMED,

10              Plaintiff,              No. CIV S-06-2861 MCE EFB P

11        vs.

12   R. McCORD, et al.,

13              Defendants.            ORDER

14   _____/

15         Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

16   *See* 42 U.S.C. § 1983.  He has requested that the court appoint counsel.   District courts lack

17   authority to require counsel to represent indigent prisoners in section 1983 cases.  *Mallard v.*

18   *United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court

19   may request counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v.*

20   *Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36

21   (9th Cir. 1990).  The court finds that there are no exceptional circumstances in this case.

22         Accordingly, IT IS HEREBY ORDERED that plaintiff's February 5, 2007, request for

23   appointment of counsel is denied.

24   DATED:  April 9, 2007.

25                                EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE
26