IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL ALI NOBLE-MUHAMMED,

        Plaintiff,                        No. CIV S-06-2861 MCE EFB P

        vs.

R. McCORD, et al.,                     ORDER AND
                                              FINDINGS & RECOMMENDATIONS

        Defendants.
                                 /

By order filed January 30, 2008, this court directed plaintiff to file a pretrial statement on or before March 5, 2008. Plaintiff has not file his pretrial statement nor responded to the court's order.

On April 17, 2008, defendants filed notice that plaintiff has been released on parole but has not apprised the court of his current address. A party appearing without counsel must keep the court and all parties apprised of his current address. L.R. 83-183(b).

In accordance with the above, it is hereby ORDERED that defendants are relieved of their obligation to file a pretrial statement.

Further, it is hereby RECOMMENDED that this action be dismissed without prejudice. *See* Fed. R. Civ. P. 16(f); Local Rule 11-110.

/////

1

1  These findings and recommendations are submitted to the United States District Judge
2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
3  after being served with these findings and recommendations, any party may file written
4  objections with the court and serve a copy on all parties.  Such a document should be captioned
5  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
6  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
7  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8  DATED:  April 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2